O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL OCHOA,<br><br>        Petitioner,<br><br>    vs.<br><br>JEFFREY BEARD, et al.,<br><br>        Respondent. | ) Case No. CV 15-00443-FMO (KES)<br>)<br>)<br>) ORDER ACCEPTING FINDINGS AND<br>) RECOMMENDATIONS OF UNITED<br>) STATES MAGISTRATE JUDGE<br>)<br>)<br>)<br>) |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Fifth Amended Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation were filed. The Court accepts the findings and recommendations of the Magistrate Judge.

      IT THEREFORE IS ORDERED that Judgment be entered dismissing the Fifth Amended Petition and entire action with prejudice.

DATED: July 21, 2016

                                              /s/
                                    _____
                                    FERNANDO M. OLGUIN
                                    UNITED STATES DISTRICT JUDGE