**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL OCHOA,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>JEFFREY BEARD, et al.,<br><br>　　　　Respondent. | Case No. CV 15-00443-FMO (KES)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the Fifth Amended Petition is denied and entire action is dismissed with prejudice.

DATED: July 21, 2016

　　　　　　　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE